UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW E. PIER | CIVIL ACTION |
| VERSUS | NO. 24-1754 |
| BAILEY BARRIOS, ET AL. | SECTION "R" (2) |

# ORDER

On July 12, 2024, plaintiff Matthew Pier, proceeding *pro se* and *in forma pauperis*, filed this lawsuit under 42 U.S.C. § 1983 against defendants Bailey Barrios and the St. Tammany Parish Sheriff's Office.[1] Magistrate Judge Donna Phillips Currault issued a Report and Recommendation ("R&R"), in which she recommends that Pier's claims be dismissed with prejudice.

Pier did not object to the R&R. The Court thus reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

---

[1] R. Doc. 1.

1

Therefore, the Court adopts the R&R as its opinion. Accordingly, the Court DISMISSES WITH PREJUDICE Matthew Pier's 42 U.S.C. § 1983 claims against Deputy Bailey Barrios challenging the constitutionality of his arrest and conviction until the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

Additionally, the Court DISMISSES WITH PREJUDICE Pier's Section 1983 claims against the St. Tammany Parish Sheriff's Office as frivolous pursuant to 28 U.S.C. § 1915(e) and § 1915A, and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this __6th__ day of November, 2024.

*Sarah Vance*
_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE